IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 18-01568 (TDC) ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | ) ) ) |
| Defendants. | ) |

## ORDER

HAVING READ AND CONSIDERED the Joint Status Report by the parties, it is, this 1st day of October 2018, ORDERED that absent further Order of this Court, the parties shall submit a Joint Status Report informing the Court about the status of this case on or before November 5, 2018.



THEODORE D. CHUANG
United States District Judge