**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 18-01568 (TDC) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | ) ) ) |
| Defendants. | ) |

**NOTICE**

Defendants, the United States Department of Education ("ED"), Betsy DeVos, in her official capacity as Secretary of ED, and Kenneth L. Marcus, in his official capacity of Assistant Secretary for Civil Rights[1] (collectively, "ED") respectfully submit this Notice to inform the Court of the recent publication of the new, amended Case Processing Manual referenced in Defendants' Statement in the parties' November 19, 2018 Joint Status Report, ECF No. 29.  The Case Processing Manual may be viewed at the following link: https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf.  A copy of the new, amended Case Processing Manual is also attached as Exhibit A to this Notice.

---

[1] Pursuant to Rule 25(d), Kenneth L. Marcus, in his official capacity as Assistant Secretary for Civil Rights, is substituted for Acting Assistant Secretary for Civil Rights, Candice Jackson.

Dated:  November 20, 2018             Respectfully submitted,

                                                    JOSEPH H. HUNT
Assistant Attorney General

ROBERT K. HUR
United States Attorney

CARLOTTA WELLS
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE  (D.C. Bar No.488392)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 5375
Washington, DC 20001
Tel:   (202) 305-8648
Fax:   (202) 305-8517
E-mail: Tamra.Moore@usdoj.gov

Attorneys for Defendants