IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**(Northern Division)**

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, ET AL., <br><br> Defendants. | Civil Action No. 1:18-cv-01568-TDC |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that Plaintiffs, by their undersigned counsel, submits the following Notice of Errata regarding its Motion to File Supplemental Complaint ECF [30], originally filed on November 20, 2018.

Due to an inadvertent error, on Page 2, Paragraph 1, it is stated that Counsel did not respond by the time of filing. That statement should be corrected to state that Defendants' consent was not required.

Respectfully submitted,

Dated: November 20, 2018

　　　　　　/s/
Eve L. Hill (Fed. Bar No. 19938)
Brooke E. Lierman (Fed. Bar No. 17879)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD  21202
T: (410) 962-1030
F: (410) 385-0869
ehill@browngold.com
blierman@browngold.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of November 2018, I electronically filed the foregoing Notice of Errata using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                  /s/
              Eve L. Hill (Fed. Bar No. 19938)