# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

THE NATIONAL FEDERATION OF THE BLIND,
THE COUNSEL OF PARENT ATTORNEYS AND ADVOCATES, INC. and
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF EDUCATION,
BETSY DEVOS and
CANDICE JACKSON,

    Defendants.

Civil Action No. TDC-18-1568

## ORDER

On December 26, 2018, Defendants filed a Motion for a Stay in Light of a Lapse of Appropriations. ECF No. 42. It is hereby ORDERED that the Motion is GRANTED IN PART.

1. The Motion for a Stay is DENIED.

2. Defendants' Motion to Dismiss is now due by **January 17, 2019**.

3. Defendants must file a motion to obtain any further extensions. If Plaintiffs oppose further extensions, they must file a response stating why they are prejudiced by the stay in proceedings.

Date: January 2, 2019



THEODORE D. CHUANG
United States District Judge