## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. )))  Plaintiffs, )) v. )) UNITED STATES DEPARTMENT OF EDUCATION, et al. )))  Defendants. ) | Civil Action No. 18-01568 (TDC) |

THE NATIONAL FEDERATION OF  )
THE BLIND, et al.  )
)
    Plaintiffs,  )
)  Civil Action No. 18-01568 (TDC)
    v.  )
)
UNITED STATES DEPARTMENT OF  )
EDUCATION, et al.  )
)
    Defendants.  )

## **ORDER**

HAVING READ AND CONSIDERED Defendants' Unopposed Motion for Extension of Time to File Defendants' Motion to Dismiss In Light Of Lapse In Appropriations, it is, this _16th_ day of _January_ 2019, ORDERED that absent further Order of this Court, Defendants shall file a Motion to Dismiss on or before February 7, 2019.

                                                                     THEODORE D. CHUANG
                                                                 United States District Judge