IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 18-01568 (TDC) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

HAVING READ AND CONSIDERED Defendants' Unopposed Motion for Extension of Time to File Defendants' Motion to Dismiss, it is, this 7th day of February 2019, ORDERED that absent further Order of this Court, Defendants shall file a Motion to Dismiss on or before February 11, 2019, and it is FURTHER ORDERED that Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before March 11, 2019.

THEODORE D. CHUANG
United States District Judge