# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THE NATIONAL FEDERATION OF THE BLIND, et al.     )

    )

Plaintiffs,     )

    )   Civil Action No. 18-01568 (TDC)

v.     )

    )

UNITED STATES DEPARTMENT OF EDUCATION, et al.     )

    )

Defendants.     )

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants, by and through counsel, respectfully submit this Motion to Dismiss Plaintiffs' Second Amended Complaint. As set forth in Defendants' accompanying Memorandum of Law, this case, brought by Plaintiffs, the National Federation of the Blind, the Council of Parent Attorneys and Advocates, and the National Association for the Advancement of Colored People, Inc. on behalf of themselves and their respective members, should be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), or alternatively for failure to state a claim up which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  February 11, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT K. HUR
United States Attorney

CARLOTTA WELLS
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE  (D.C. Bar No.488392)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 5375
Washington, DC 20001
Tel:   (202) 305-8648
Fax:   (202) 305-8517
E-mail: Tamra.Moore@usdoj.gov

Attorneys for Defendants