# EXHIBIT E



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018

███████
███████

Re: ███████

Dear ███████:

The United States Department of Education, Office for Civil Rights ("OCR") previously issued a letter informing you that pursuant to Section 108(k) of OCR's *Case Processing Manual* ("CPM"), it had dismissed the complaint you filed against ███████, alleging that its website and on-line programs were not accessible to individuals with disabilities and therefore violated federal law. OCR dismissed the complaint because it raised the same allegation(s) that were previously dismissed by OCR pursuant to subsection 108(t) of the CPM.

I write to inform you that OCR published an amended CPM on November 19, 2018. Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate a directed investigation of the ███████ to determine whether, through its website and on-line programs, the university excludes qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of this directed investigation.

If you have any questions concerning these directed investigations, please contact Adrienne Mundy-Shephard at 617-289-0040.

Very truly yours,

*Randolph E. Wills*
Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

cc:  Adrienne Mundy-Shephard
     Acting Director, OCR Boston

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018

Re:  Initiation of directed investigations concerning accessibility of websites and on-line programs

Dear ▇▇▇▇▇:

The United States Department of Education, Office for Civil Rights ("OCR") previously issued letters informing you that pursuant to Section 108(t) of OCR's *Case Processing Manual* ("CPM"), it dismissed ten complaints that you had filed, alleging that the recipients' websites and on-line programs were not accessible by individuals with disabilities and therefore violated federal law. The letters stated that OCR dismissed the complaints because they raised "... the same or similar allegation(s), based on the same operative facts, that were previously dismissed by OCCR pursuant to subsection 108(t) of the CPM."

I write to inform you that OCR published an amended CPM on November 19, 2018. Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate directed investigations of the recipients against whom you previously filed complaints alleging that their websites and on-line programs were not accessible to persons with disabilities. OCR's directed investigations will determine whether, through their websites and on-line programs, the recipients exclude qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of these directed investigations.

Very truly yours,

Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018



Re:   Initiation of directed investigations concerning accessibility of websites and on-line programs

Dear ▮:

The United States Department of Education, Office for Civil Rights ("OCR") previously issued letters informing you that pursuant to Section 108(t) of OCR's *Case Processing Manual* ("CPM"), it dismissed 29 complaints that you had filed, alleging that the recipients' websites and on-line programs were not accessible by individuals with disabilities and therefore violated federal law. The letters stated that OCR dismissed the complaints because they raised "... the same or similar allegation(s), based on the same operative facts, that were previously dismissed by OCCR pursuant to subsection 108(t) of the CPM."

I write to inform you that OCR published an amended CPM on November 19, 2018. Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate directed investigations of the recipients against whom you previously filed complaints alleging that their websites and on-line programs were not accessible to persons with disabilities. OCR's directed investigations will determine whether, through their websites and on-line programs, the recipients exclude qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of these directed investigations.

Very truly yours,

*Randolph E. Wills*

Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018

▮

Re:   Initiation of directed investigations concerning accessibility of websites and on-line programs

Dear ▮:

The United States Department of Education, Office for Civil Rights ("OCR") previously issued letters informing you that pursuant to Section 108(t) of OCR's *Case Processing Manual* ("CPM"), it dismissed the 662 complaints that you had filed, alleging that the recipients' websites and on-line programs were not accessible by individuals with disabilities and therefore violated federal law. The letters stated that OCR dismissed the complaints because they raised ". . . the same or similar allegation(s), based on the same operative facts, that were previously dismissed by OCCR pursuant to subsection 108(t) of the CPM."

I write to inform you that OCR published an amended CPM on November 19, 2018. Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate directed investigations of the recipients against which you previously filed complaints alleging that their websites and on-line programs were not accessible to persons with disabilities. OCR's directed investigations will determine whether, through their websites and on-line programs, the recipients exclude qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of these directed investigations.

Very truly yours,

*Randolph E. Wills*

Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018

Re:

Dear

The United States Department of Education, Office for Civil Rights ("OCR") previously issued a letter informing you that pursuant to Section 108(k) of OCR's *Case Processing Manual* ("CPM"), it had dismissed the complaint you filed against                                      alleging that its website and on-line programs were not accessible to individuals with disabilities and therefore violated federal law.  OCR dismissed the complaint because it raised the same allegation(s) that were previously dismissed by OCR pursuant to subsection 108(t) of the CPM.

I write to inform you that OCR published an amended CPM on November 19, 2018.  Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate a directed investigation of the                                    to determine whether, through its website and on-line programs, the district excludes qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of this directed investigation.

If you have any questions concerning these directed investigations, please contact Meena Morey Chandra at 216-522-2677.

Very truly yours,

Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

cc:   Meena Morey Chandra
      Director, OCR Cleveland

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

November 19, 2018

Re:

Dear

The United States Department of Education, Office for Civil Rights ("OCR") previously issued a letter informing you that pursuant to Section 108(k) of OCR's *Case Processing Manual* ("CPM"), it had dismissed the complaint you filed against                              alleging that its website and on-line programs were not accessible to individuals with disabilities and therefore violated federal law.  OCR dismissed the complaint because it raised the same allegation(s) that were previously dismissed by OCR pursuant to subsection 108(t) of the CPM.

I write to inform you that OCR published an amended CPM on November 19, 2018.  Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61, OCR will initiate a directed investigation of the                              to determine whether, through its website and on-line programs, the district excludes qualified persons with disabilities from participation in, deny them the benefits of, or otherwise subject them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

OCR will inform you of the resolution of this directed investigation.

If you have any questions concerning these directed investigations, please contact Meena Morey Chandra at 216-522-2677.

Very truly yours,

Randolph E. Wills
Deputy Assistant Secretary for Enforcement
Office for Civil Rights
U.S. Department of Education

cc:   Meena Morey Chandra
      Director, OCR Cleveland

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.