# EXHIBIT F



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE FOR CIVIL RIGHTS

Dr. Judith Winn
President
Bergen Community College
400 Paramus Road
Paramus, New Jersey 07652

December 6, 2018

Re: Directed investigation of accessibility of website and on-line programs

Dear Dr. Winn:

In order to assess Bergen Community College's compliance under Section 504 of the Rehabilitation Act of 1973 with respect to the accessibility of its website and on-line programs, OCR has determined to initiate a directed investigation commencing in December 2018. Pursuant to its regulatory authority set forth in 34 C.F.R. § 104.61[1], OCR will initiate an investigation whenever a report, complaint, or other information indicates a possible failure to comply with the laws and regulations enforced by OCR.[2]

OCR will investigate the following issue:

> Whether the website and on-line programs exclude qualified persons with disabilities from participation in, denies them the benefits of, or otherwise subjects them to discrimination under any program or activity, in violation of the Section 504 implementing regulation at 34 C.F.R. § 104.4.

Please note that the initiation of a directed investigation in no way implies that OCR has made a determination about the merits of the underlying issue.

OCR offers technical assistance to assist recipients in addressing compliance with the laws and regulations applicable to website accessibility. Please contact Mary Lou Mobley at Mary.Lou.Mobley@ed.gov or OCRWebAccessTA@ed.gov if you are interested in further technical assistance from OCR.

The OCR regional office that will conduct the directed investigation will send a letter notifying you of the opening the directed investigation as well as a request for data within the next three weeks.

---

[1] Incorporating the procedural provisions applicable to Title VI of the Civil Rights Act of 1964 found in 34 C.F.R. §§ 100.6- 100.10 and 34 C.F.R. Part 101.
[2] *See also* § 402 of OCR's *Case Processing Manual*: http://www2.ed.gov/about/offices/list/ocr/docs/corcpm.pdf

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, it will seek to protect personally identifiable information that could reasonably be expected to constitute an unwarranted invasion of personal privacy if released, to the extent provided by law.

Very truly yours,

Randolph E. Wills
Deputy Assistant Secretary for Enforcement