**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF EDUCATION, et al. )<br>)<br>Defendants. ) | Civil Action No. 18-01568 (TDC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, including Defendants' Reply in Support of Their Motion to Dismiss, and Plaintiffs' opposition thereto, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that Plaintiffs' Second Amended Complaint is DISMISSED.

Dated: _____, 2019.

_____
United States District Judge