IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 18-01568 (TDC)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs National Federation of the Blind, the Council of Parent Attorneys and Advocates, Inc., and the National Association for the Advancement of Colored People, Inc.; and Defendants, Elisabeth D. DeVos, in her official capacity as Secretary of Education, Kenneth L. Marcus, in his official capacity as Assistant Secretary for Civil Rights, and the U.S. Department of Education, hereby stipulate to the dismissal of this Action.

The Parties agree that Local Rule 111 governs their settlement agreement and further agree that this case shall be dismissed with prejudice one year from the date of the filing of this Stipulation unless: (1) the Parties jointly move the Court to terminate the Agreement earlier; or (2) pursuant to Local Rule 111, Plaintiffs move the Court, upon a showing of good cause, to reopen the case because the terms of the Agreement have not been consummated.  Plaintiffs shall meet and confer with Defendants at least 30 days prior to filing such a motion with the Court.

| | |
|---|---|
| Dated: February 6, 2020 | Respectfully submitted, |

JOSEPH H. HUNT
Assistant Attorney General,
Civil Division
CARLOTTA WELLS
Assistant Branch Director

<table>
<tr><td>

*/s/ Eve L. Hill*
EVE L. HILL
Anisha S. Queen
Brown, Goldstein & Levy, LLP
120 East Baltimore St., Ste 1700
Baltimore, MD 21202
Tel: (410) 962-1030
ehill@browngold.com
*Counsel for Plaintiffs*

</td><td>

*/s/ Marsha Stelson Edney*
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm 11014
Washington, DC 20005
Tel: (202) 514-4520
*Counsel for Defendants*

</td></tr>
</table>